# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| EDGARDO RAFAEL BAEZ | § | Case No. 18-51281 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSE C. RODRIGUEZ              , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 270,985.70
*(Without deducting any secured claims)*

Assets Exempt: 208,986.01

Total Distributions to Claimants: 2,154.43

Claims Discharged
Without Payment: 1,074,136.52

Total Expenses of Administration: 1,045.57

---

3) Total gross receipts of $ 3,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,200.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,045.57 | 1,045.57 | 1,045.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 160,884.02 | 138,192.31 | 2,154.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,477,297.75 | 938,098.64 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,639,227.34 | $ 1,077,336.52 | $ 3,200.00 |

4)  This case was originally filed under chapter 7 on  06/01/2018 .  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/07/2019                    By:/s/JOSE C. RODRIGUEZ
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash | 1129-000 | 3,200.00 |
| TOTAL GROSS RECEIPTS | | $ 3,200.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSE C. RODRIGUEZ | 2100-000 | NA | 800.00 | 800.00 | 800.00 |
| JOSE C. RODRIGUEZ | 2200-000 | NA | 204.60 | 204.60 | 204.60 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 0.97 | 0.97 | 0.97 |
| BOK Financial | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,045.57 | $ 1,045.57 | $ 1,045.57 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8A | Department of the Treasury - Internal Revenue Service | 5800-000 | NA | 160,884.02 | 138,192.31 | 2,154.43 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 160,884.02 | $ 138,192.31 | $ 2,154.43 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | American Express National Bank | 7100-000 | NA | 4,172.46 | 4,172.46 | 0.00 |
| 11 | American Express National Bank | 7100-000 | NA | 14,229.56 | 14,229.56 | 0.00 |
| 9 | American Express National Bank | 7100-000 | NA | 14,685.91 | 14,685.91 | 0.00 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 9,343.06 | 9,343.06 | 0.00 |
| 18 | Credit Human Federal Credit Union | 7100-000 | NA | 1,006.30 | 1,006.30 | 0.00 |
| 8B | Department of the Treasury - Internal Revenue Service | 7100-000 | NA | 160,884.02 | 5,427.95 | 0.00 |
| 2 | Discover Bank | 7100-000 | NA | 13,870.13 | 13,870.13 | 0.00 |
| 1 | Fundation Group LLC | 7100-000 | NA | 238,352.30 | 238,352.30 | 0.00 |
| 5 | Fundation Group, Llc | 7100-000 | NA | 240,122.78 | 0.00 | 0.00 |
| 22 | Gilberto Villegas / 2016-Ci-02694 | 7100-000 | NA | 476,641.78 | 476,641.78 | 0.00 |
| 15 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 3,803.57 | 3,803.57 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 8,233.79 | 8,233.79 | 0.00 |
| 7 | Navient Solutions, LLC | 7100-000 | NA | 2,277.18 | 2,277.18 | 0.00 |
| 4 | Nelnet | 7100-000 | NA | 66,053.44 | 66,053.44 | 0.00 |
| 14 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 11,238.59 | 11,238.59 | 0.00 |
| 17 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 17,125.14 | 17,125.14 | 0.00 |
| 21 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 5,942.90 | 5,942.90 | 0.00 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 629.28 | 629.28 | 0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 14,652.92 | 14,652.92 | 0.00 |
| 3 | Steve Meador & Associates | 7100-000 | NA | 901.40 | 901.40 | 0.00 |
| 13 | Td Bank, Usa | 7100-000 | NA | 2,225.98 | 2,225.98 | 0.00 |
| 12 | Toyota Motor Credit Corporation | 7100-000 | NA | 10,021.24 | 10,021.24 | 0.00 |
| 8C | Department of the Treasury - Internal Revenue Service | 7300-000 | NA | 160,884.02 | 17,263.76 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,477,297.75 | $ 938,098.64 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-51281 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |

Case Name:   EDGARDO RAFAEL BAEZ

Date Filed (f) or Converted (c):   06/01/2018 (f)

341(a) Meeting Date:   07/05/2018

For Period Ending:   08/07/2019

Claims Bar Date:   10/09/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1306 Ganahl Court, San Antonio, Texas 78216<br><br>Lien with Penny-Mac for $232,644.00<br>Lien to be retained and reaffirmed | 408,000.00 | 0.00 | | 0.00 | FA |
| 2. 2015 Dodge Ram (approx. 30000 miles)<br><br>Lien with Americredit for $29,812.52<br>Lien to be retained and reaffirmed | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. 2015 Cadillac SRX (approx. 20000 miles)<br><br>(wife's sole management community property)<br>Lien with CarMax Auto Finance for $30,557.13<br>Lien to be retained and reaffirmed | 21,000.00 | 0.00 | | 0.00 | FA |
| 4. Household goods, supplies and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. 10 tvs, 10 computers, 5 Ipads, 5 laptops, and misc.<br><br>electronics including copier, printers and children's games | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. 2 bicycles, 5 push scotters, 2 electric scooters,<br><br>2 hover boards, punching bag, treadmill, set of weights and<br>bench rest, and misc. sports equipments | 500.00 | 0.00 | | 0.00 | FA |
| 7. .12 shotgun; Berretta 9 mm pistol | 600.00 | 0.00 | | 0.00 | FA |
| 8. .368 rifle; .22 pistol | 200.00 | 170.00 | | 0.00 | FA |
| 9. .45 Ruger Pistol; 9mm Glock<br><br>(wife's separate or sole management community property -<br>not property of the debtor's estate) | 500.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Jewelry | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. 3 dogs, 2 hamsters | 150.00 | 0.00 | | 0.00 | FA |
| 13. Cash | 3,200.00 | 3,200.00 | | 3,200.00 | FA |
| 14. Checking Account Credit Human (VA proceeds) | 746.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-51281 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | EDGARDO RAFAEL BAEZ | | | | Date Filed (f) or Converted (c): | 06/01/2018 (f) |
| | | | | | 341(a) Meeting Date: | 07/05/2018 |
| For Period Ending: | 08/07/2019 | | | | Claims Bar Date: | 10/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15.  Checking account USAA | 4.70 | 1.00 | | 0.00 | FA |
| 16.  Checking Account - Randolph Brooks FCU  (wife's sole management community property account) (not property of the debtor's estate) (listed for disclosure purposes only) | 1.00 | 0.00 | | 0.00 | FA |
| 17.  Checking account SSFCU | 100.00 | 147.00 | | 0.00 | FA |
| 18.  Savings account Credit Human | 5.00 | 5.00 | | 0.00 | FA |
| 19.  Other financial account 529 Children's college fund | 12,150.00 | 0.00 | | 0.00 | FA |
| 20.  Other financial account 529 Children's college fund | 3,735.11 | 0.00 | | 0.00 | FA |
| 21.  Baez law firm (in chapter 7) | Unknown | 5,000.00 | | 0.00 | FA |
| 22.  monthly VA disability claim and potential claim for  increased VA benefits up to 100% disability (exact amount unknown) | 746.90 | 0.00 | | 0.00 | FA |
| 23.  Law License | Unknown | 0.00 | | 0.00 | FA |
| 24.  Texas Comptroller unclaimed funds | 30.00 | 30.00 | | 0.00 | FA |
| 25.  $1,700,000 term life - spouse beneficiary | 1.00 | 0.00 | | 0.00 | FA |
| 26.  $600,000 term life on wife - debtor beneficiary | 1.00 | 0.00 | | 0.00 | FA |
| 27.  $100,000 wife's whole life policy - debtor beneficiary | 2,000.00 | 0.00 | | 0.00 | FA |
| 28.  Claims against former secretary and former lawyers  for breach of fiduciary duties, conversion, theft, invasion of privacy, breach of contract, tortious interference with contract and similar torts | 0.00 | 1,000.00 | | 0.00 | FA |
| 29.  Contingent fee and other fee agreements with law firm  clients (some may be owned by law firm and some may be owned by the debtor) | Unknown | 10,000.00 | | 0.00 | FA |
| 30.  Office equipment furnishings and supplies | 2,000.00 | 1,500.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-51281 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| Case Name: | EDGARDO RAFAEL BAEZ | | | | Date Filed (f) or Converted (c): | 06/01/2018 (f) |
| | | | | | 341(a) Meeting Date: | 07/05/2018 |
| For Period Ending: | 08/07/2019 | | | | Claims Bar Date: | 10/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31.  Palace Elite Vacation Membership SA (u)  Lien with Palace Elite Vacation Club for $4,000.00  Schedules amended 08/30/18 to add property | Unknown | 0.00 | | 0.00 | FA |
| 32.  Rights including copyright to the book (u)  "God Will Never Divorce You" published by Christian Faith  Schedules amended 08/30/18 to add property | Unknown | 1.00 | | 0.00 | FA |
| 33.  Rights in and to the books or works in progress: (u)  "The Perfect Husband" (being edited); "The Perfect Marriage" (work in progress not complete); "Lack of Spiritual Father" (work in progress, about 1/2 complete)  Schedules amended 08/30/18 to add property | Unknown | 1.00 | | 0.00 | FA |
| 34.  Fake gold bar purchased on Ebay (u)  Schedules amended 08/30/18 to add property | 1.00 | 1.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $483,171.71    $21,056.00    $3,200.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/28/19jr TFR PENDING FINAL CLAIMS AND GENERAL REVIEW.

01/21/1pjr NEED FINAL REVIEW FOR NDR - UST  HAS NOT PURSUED.

12/03/18jr UST REQUESTED EXTENSION TO OBJECT TO DISCHARGE UNTIL 11/30/18; APPARENTLY NOT FILED.  WILL REQUEST A COPY OF THE DEPOSITION.

10/25/18jr UST HAS REQUESTED ANOTHER EXTENSION OF TIME TO OBJECT TO DISCHARGE. WILL MONITOR CASE TO CONFIRM WHEHTER ANY ASSETS ARE RECOVERABLE.

09/21/18jr UST WAS TO FILE TO DEPOSE BAEZ - WILL CHECK STATUS.  OBJECTION TO DISCHARGE DEADLINE EXTENDED BY AGREEMENT TO 10/19/18.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/16/2019          Current Projected Date of Final Report (TFR): 12/16/2019

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-51281  
Case Name: EDGARDO RAFAEL BAEZ

Trustee Name: JOSE C. RODRIGUEZ  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX1489  
Checking

Taxpayer ID No: XX-XXX9200  
For Period Ending: 08/07/2019

Blanket Bond (per case limit): $0.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/06/18 | 13 | Edgardo Baez-Rodriguez Payable Thru Frost Bank San Antonio, TX 78296 | CASH | 1129-000 | $3,200.00 | | $3,200.00 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $3,190.00 |
| 10/01/18 | 101 | INTERNATIONAL SURETIES LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | $0.97 | $3,189.03 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $3,179.03 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $3,169.03 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $3,159.03 |
| 04/09/19 | | Transfer to Acct # xxxxxx0110 | Transfer of Funds | 9999-000 | | $3,159.03 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,200.00 | $3,200.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,159.03 |
| Subtotal | $3,200.00 | $40.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,200.00 | $40.97 |

| | | |
|---|---|---|
| Page Subtotals: | $3,200.00 | $3,200.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-51281

Case Name: EDGARDO RAFAEL BAEZ

Taxpayer ID No: XX-XXX9200

For Period Ending: 08/07/2019

Trustee Name: JOSE C. RODRIGUEZ

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0110

Checking

Blanket Bond (per case limit): $0.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/19 | | Transfer from Acct # xxxxxx1489 | Transfer of Funds | 9999-000 | $3,159.03 | | $3,159.03 |
| 06/14/19 | 2001 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | TRUSTEE COMPENSATION PURSUANT TO ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES ENTERED 06/13/19, DKT. #35 | 2100-000 | | $800.00 | $2,359.03 |
| 06/14/19 | 2002 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | TRUSTEE EXPENSES PURSUANT TO ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES ENTERED 06/13/19, DKT. #35 | 2200-000 | | $204.60 | $2,154.43 |
| 06/14/19 | 2003 | Department of the Treasury - Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Final distribution to claim 8 (1.56 %) | 5800-000 | | $2,154.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,159.03 | $3,159.03 |
| Less: Bank Transfers/CD's | $3,159.03 | $0.00 |
| Subtotal | $0.00 | $3,159.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,159.03 |

| Page Subtotals: | $3,159.03 | $3,159.03 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0110 - Checking | $0.00 | $3,159.03 | $0.00 |
| XXXXXX1489 - Checking | $3,200.00 | $40.97 | $0.00 |
| | $3,200.00 | $3,200.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $3,200.00 | |
| Total Gross Receipts: | $3,200.00 | |

Page Subtotals: $0.00 $0.00